UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JESSICA BAUTISTA, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>MERLIN ENTERTAINMENTS GROUP U.S. HOLDINGS INC., a Delaware Corporation, LLC, et. al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 20cv01128 JAH - MSB<br><br>**ORDER DENYING DEFENDANTS' MOTION TO DISMISS AS MOOT**<br>**[Doc. No. 17]** |

　　　Pending before the Court is Defendants' motion to dismiss the First Amended Complaint. On September 11, 2020, Plaintiff filed a Second Amended Complaint. Because the Second Amended Complaint is now the operative complaint in this matter, IT IS HEREBY ORDERED Defendants' motion to dismiss that seeks to dismiss the First Amended Complaint is **DENIED as moot**.

DATED:　September 18, 2020

　　　　　　　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
　　　　　　　　　　　　　　　　　　　JOHN A. HOUSTON
　　　　　　　　　　　　　　　　　　　United States District Judge