1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## SOUTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| JESSICA BAUTISTA, individually and on behalf of all others similarly situated, | CASE NO. 3:20-CV-01128-JAH-MSB |
| Plaintiff, | **ORDER GRANTING JOINT MOTION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO SECOND AMENDED COMPLAINT** |
| v. | |
| MERLIN ENTERTAINMENTS SHORT BREAKS, LLC d/b/a LEGOLAND VACATIONS, a Delaware limited liability company, | |
| Defendant. | |

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Presently before the Court is the parties' Joint Motion to Extend Time for Defendant Merlin Entertainments Short Breaks, LLC d/b/a LEGOLAND Vacations to Respond to Plaintiff's Second Amended Complaint.  For good cause shown, the Court **GRANTS** the parties' Joint Motion as follows:

Defendant shall file its response to the Second Amended Complaint within 14 days of either: (1) the Court's denial of the pending Motion to Consolidate this action with related action *Case v. Merlin Entertainments Group U.S. Holdings Inc.*, No. 3:20-cv-01049-JAH-MSB (S.D. Cal. 2020) ("Case Action"), filed in the Case Action on September 14, 2020, Dkt. No. 21; or (2) the filing of an amended consolidated complaint.

Plaintiff will file her opposition to Defendant's motion to dismiss, if any, within 28 days of Defendant's motion to dismiss.

Defendant will file its reply, if any, within 14 days of Plaintiff's opposition.

**IT IS SO ORDERED.**

Dated:  September 29, 2020

_____
THE HONORABLE JOHN A. HOUSTON
UNITED STATES DISTRICT COURT JUDGE

2