UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY LAMAR, et. al,<br><br>                                  Plaintiffs,<br>v.<br><br>MERLIN ENTERTAINMENTS GROUP U.S. HOLDINGS INC, et. al,<br><br>                                  Defendants.<br><br>JESSICA BAUTISTA, Individually and on behalf of all others similarly situated,<br><br>                                  Plaintiffs,<br>v.<br><br>MERLIN ENTERTAINMENTS GROUP U.S. HOLDINGS INC, et. al,<br><br>                                  Defendants. | Case No.: 20cv01049 JAH-MSB<br>               20cv01128 JAH-MSB<br><br>**ORDER CLOSING MEMBER CASE** |

Based upon the order consolidating the above captioned actions[1], the Court finds it appropriate to close the member case, *Bautista v. Merlin Entertainments Group U.S.*

---

[1] ECF No. 36.

1

*Holdings Inc.*, 20cv1128 JAH-MSB for administrative purposes.  Accordingly, IT IS HEREBY ORDERED the Clerk of Court shall close *Bautista v. Merlin Entertainments Group U.S. Holdings Inc.*, 20cv1128 JAH-MSB.  The consolidated action shall remain open.

DATED:   December 11, 2023

_____
JOHN A. HOUSTON
United States District Judge